NICOLA T. HANNA
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
JOLENE TANNER (285320)
Assistant United States Attorney
        Federal Building, Suite 7211
        300 North Los Angeles Street
        Los Angeles, California 90012
        Telephone: (213) 894-3544
        Facsimile: (213) 894-0115
        E-mail: jolene.tanner@usdoj.gov

JS-6

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 8:19-cv-01050-JVS-ADS |
| AFFINIA DEFAULT SERVICES, LLC, | Judgment |
| Plaintiff, | |
| v. | |
| CLAIMANTS TO REAL PROPERTY LOCATED AT: 13 LA PALOMA, DANA POINT, CALIFORNIA 92629 | |
| Defendants. | |

    Based on the Stipulation for Entry of Judgment to Distribute Interpleaded Funds, and all other matters properly made part of the record,

    It is ordered that:

**A. Payment of Proceeds**

Affinia Default Services, LLC, shall distribute $90,832.04 in surplus funds held in the McCalla Raymer Leibert Pierce, LLP, trust account by a check made payable to and sent as follows:

| Party | Check Payee | Amount | Address |
|---|---|---|---|
| United States of America | Department of Treasury | $90,832.04 | U.S. Attorney's Office – Tax Division<br>Federal Building<br>Attn: AUSA Jolene Tanner<br>300 N. Los Angeles St., Room 7211<br>Los Angeles, CA 90012 |
| | Total | $90,832.04 | |

If interest has accrued on the surplus funds, the interest shall be paid to the United States.

**B. Attorney's Fees**

As against each other, the parties will each bear their own costs and attorney's fees.

///
///
///
///
///
///
///
///
///
///

**C. Rule 26(f) Scheduling Conference**

       The Rule 26(f) Scheduling Conference currently set for August 5, 2019, at 10:30 a.m. is vacated.

       **IT IS SO ORDERED**.

DATED: July 30, 2019

_____
JAMES V. SELNA
United States District Judge

Presented by:

NICOLA T. HANNA
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division

/s/ Jolene Tanner
JOLENE TANNER
Assistant United States Attorney
Attorneys for United States of America